Katrin E. Frank
Timothy K. Ford
C. Joshua Alex
MacDonald Hoague & Bayless
705 Second Avenue Suite 1500
Seattle, Washington  98104-1745
206-622-1604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| MARIA DE LA O, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>1ROBIN ARNOLD-WILLIAMS, Secretary, Department of Social and Health Services, et al.,<br><br>    Defendants.<br><br>────────────<br>MARIA FERNANDEZ, et al., | No. CV-04-0192-EFS<br><br>ORDER GRANTING STIPULATED MOTION AND DISMISSING WITH PREJUDICE ALL CLAIMS AND COUNTERCLAIMS OF ALL PLAINTIFFS AGAINST DEFEND-ANTS GRANT COUNTY, WASHINGTON, DAVID MATNEY, AND GRANT COUNTY JANE DOES AND JOHN DOES, AND DEFENDANTS GRANT COUNTY, WASHINGTON, DAVID MATNEY, AND GRANT COUNTY JANE DOES AND JOHN DOES, DEFENDANTS' COUNTERCLAIMS AGAINST ALL PLAINTIFFS<br><br>[No. CV-05-0280-EFS] |

|  |
|---|
| Plaintiffs, |
| v. |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES; et al., |
| Defendants. |

Based on the Stipulation of the parties, and being fully advised, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

The Stipulated Motion for Order of Dismissal (Ct. Rec. 243) is GRANTED.

All claims and counterclaims of Plaintiffs against Defendants Grant County, Washington, David Matney, and Grant County Jane Does and John Does, are hereby DISMISSED WITH PREJUDICE.

All counterclaims of Defendants Grant County, Washington, David Matney, and Grant County Jane Does and John Does against Plaintiffs are hereby DISMISSED WITH PREJUDICE.

This Dismissal With Prejudice is without fees or costs being taxed to any stipulating party.

This Dismissal With Prejudice does not affect any claims or counterclaims between Plaintiffs and Defendants Town of Mattawa, Washington, Randall Blackburn, 1Judy Esser, Steve Jensen, and Town of Mattawa, Washington, Jane

Does and John Does, nor any claims or counterclaims between Plaintiffs and State of Washington Defendants.

IT IS SO ORDERED this __20th__ day of __September__, 2006.

s/ Edward F. Shea
_____
Edward F. Shea
United States District Judge

Presented by:

MacDONALD HOAGUE & BAYLESS


By ___
    Katrin E. Frank, WSBN 14786
    Timothy K. Ford, WSBN 5986
    Cristóbal Joshua Alex, WSBN 31993
    Attorneys for De la O Plaintiffs

COLUMBIA LEGAL SERVICES


By ___/s/___
    D. Ty Duhamel, WSBN 10848
    Joachim Morrison, WSBN 23094
    Gregory D. Provenzano,
       WSBN 12794
    Attorneys for Fernandez Plaintiffs

Approved for entry; notice of presentation waived:

JERRY MOBERG & ASSOCIATES

By   /s/_____
     Jerry J. Moberg, WSBN 5282
     Jennifer D. Homer, WSBN 34070
     Attorneys for County and
       Town Defendants

ROB McKENNA
Attorney General

By   /s/_____
     John K. McIlhenny, Jr.,
       WSBN 32195
     Kenneth D. Orcutt, WSBN 10858
     Assistant Attorneys General
     Attorneys for State Defendants