John McIlhenny, Jr.
Assistant Attorney General
629 Woodland Sq. Loop SE
Olympia, WA 98504
(360) 459-6600

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA DE LA O, et al., | NO. CV-04-0192-EFS |
| Plaintiffs, | STIPULATED PROTECTIVE ORDER |
| v. | |
| RONALD ARNOLD-WILLIAMS, Secretary, et al., | |
| Defendants. | |
| MARIA FERNANDEZ et al., | [NO. CV-05-0280-EFS] |
| Plaintiffs, | |
| v. | |
| DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., | |
| Defendants. | |

STIPULATED PROTECTIVE ORDER    1    ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126
(360) 459-6600

COME NOW the parties, by and through D. Ty Duhamel, Attorney for Plaintiffs Maria Fernandez, Maria Soledad Chavez, Bertha Mendoza, as individuals and on behalf of all other similarly situated persons, and, Priscila Erazo, Silvia Gonzales, Olga Mercado, Carmela Ramirez, Rosalinda Ramirez, and Rosa Maria Reyez, as individuals; Katrin E. Frank, Attorney for Plaintiffs Maria De La O, Silvia Farias, Barbara Bravo, Adelina Ramirez, Celia Caro, Mayola Madrigal, Rosa Guerrero, Irene Negrete, Irma Contreras, Alejandra Perez, Elizabeth Ramirez, Maria De Favela, Maria Del Carmen Hernandez, Margarita Mata, Alicia Medrano, Veronica Nevarez, Maria Puentes, Alicia Rodriguez, Maria Ruiz, Guadalupe Salas, and Juana Sanchez; Rob McKenna, Attorney General, and John K. McIlhenny, Jr., Assistant Attorney General, attorneys for Defendants Department of Social and Health Services, Robin Arnold Williams, Kennith Harden, John Bumford, Robin Clawson, Michael Coyne, James Ditzel, Israel Vargas, Dick Hoezee, Kris Boness and Don Smith; and Jennifer Homer, Attorney for Defendants Randall Blackburn, Steve Jensen, Grant County, Washington and the Town of Mattawa, Washington and hereby stipulate and agree to the entry of this Protective Order pursuant to Fed. R. Civ. P. 26(c) and FRE 501. The parties agree that the Department of Social and Health Services records and files and information therein are confidential and privileged. The parties further agree that Local Rule 10.1(j) (Policy on Privacy and Public Access to Electronic Case Files) fully applies and supplements the items covered in this protective order.

This protective order shall apply to the following documents, files, or any parts thereof, provided by or received by any of the parties in this litigation:

STIPULATED PROTECTIVE ORDER 2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126
(360) 459-6600

1. Washington State Department of Social and Health Services (DSHS), Division of Child Care and Early Learning (DCCEL), Moses Lake Community Service Office (MLCSO), Office of Financial Recovery (OFR), Division of Fraud Investigation (DFI) and Children's Administration records relating to the above-named plaintiffs;

2. Personal, identifying information for current or former Washington State employees;

3. Personal, identifying information, including but not limited to, dates of birth, alien numbers, social security numbers, passports, and any information regarding the legal status of an individual Plaintiff, Plaintiffs' employees, parents' of children in Plaintiffs' care, relatives of Plaintiffs, and witnesses;

4. Handwritten and typed subpoena logs from Olympia and Spokane offices and search warrants.

IT IS HEREBY STIPULATED that the contents and/or existence of the aforementioned documents and files and any part thereof or therein shall not be disclosed in any manner or form to any person and/or entities other than the parties' attorneys, experts retained by the party's attorney(s), their staff, and individuals otherwise entitled to obtain said information pursuant to statutory exemptions from confidentiality and other individuals as herein provided.

IT IS FURTHER STIPULATED that the parties shall be allowed to use the aforementioned documents or information in depositions of plaintiffs, defendants, medical doctors, psychologists, nurses, counselors, health care providers, and other person named or identified in any of the aforementioned documents or in consulting with any expert witnesses in this case, subject to the conditions set forth in this Protective Order.

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126

IT IS FURTHER STIPULATED that the files and records may be released to any mediator selected to mediate this matter; subject to the conditions set forth in this protective order.

IT IS FURTHER STIPULATED that prior to introducing as evidence, or as part of any filing with the court, any of the aforementioned information or documents a party must review the documents to determine whether information contained within the document may be subject to this Order. For any motion or filing requesting the use, or potential use, of a document covered under this Order, or any document attached as an exhibit, the parties shall file a redacted copy of the document with the court and a separate unredacted version under seal and indicating to the Clerk of the Court that the information is not public information and shall be maintained as confidential from the public.

IT IS FURTHER STIPULATED that counsel for the parties shall use all documents and information produced or disclosed pursuant to this Protective Order solely for the purpose of preparation for and trial of this action. Under no circumstances shall information or materials covered by this Order be disclosed to anyone other than as provided in this Order.

IT IS FURTHER STIPULATED that not later than thirty (30) days after the conclusion of the proceedings in this action, including any appeal, all documents and information subject to this order, including any copies or summaries thereof, or documents containing information taken therefrom, shall be returned to counsel for the party producing such documents or destroyed by the party having such documents. However, documents may be retained by a party for longer periods of time if required by regulations or rules governing the practice of law, malpractice insurance requirements, firm or program document

retention policies, or existing document retention or destruction policies imposed by statute or regulation. A copy of this Order shall accompany any copy of the discovery records or information protected by this Order and released to anyone. No attorney or expert shall disclose any information gained or derived from the aforementioned records to anyone without further order of the court unless the person to whom the information is disclosed is otherwise entitled to obtain said information pursuant to this Protective Order or to statutory exemptions from confidentiality.

IT IS FURTHER STIPULATED that in any part of a deposition or other hearing or proceeding in which information from the designated files and documents is to be discussed, any party asserting confidentiality may exclude from the room any person who is not entitled to be shown such information.

IT IS FURTHER STIPULATED that any court reporter or transcriber who reports or transcribes testimony in this action at a deposition, hearing or proceeding shall first agree that all testimony and information relating to the documents listed at page 3 of this order shall remain confidential and shall not be disclosed by such reporter or transcriber except to the attorneys for any party, any other person who is present while such testimony is being given, or the Court. The reporter or transcriber shall further agree that copies of any transcript, reporter's notes or any other transcription records regarding any documentation listed at page 3 of this order will be retained in absolute confidentiality and safekeeping by such reporter or will be delivered to the undersigned attorneys or filed with the court. Each such court reporter or transcriber will sign a copy of the Confidentiality Agreement.

STIPULATED PROTECTIVE ORDER    5    ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126
(360) 459-6600

IT IS FURTHER STIPULATED that nothing in this stipulation shall preclude any party from applying to the Court for additional or different protective provision, or to rescind protective provisions, in respect to specific documents or information or individuals if the need should arise during the litigation.

IT IS FURTHER STIPULATED that neither the taking nor the failure to take any action to enforce the provisions of this Protective Order, nor the failure to object to any such action or omission, shall constitute a waiver of any claim or defense in the trial of this action or any other action. The procedures set forth herein shall not affect the rights of the parties to object to discovery on grounds other than those related to confidentiality, or to move to compel discovery, nor shall it relieve a party of the necessity to respond properly to discovery requests.

IT IS FURTHER STIPULATED that this Protective Order shall not abrogate or diminish any contractual, statutory or other legal obligation or right of any party or person with respect to any records, files or documentation listed at page 3 of this order. Neither the entry of this order nor the designation of any information as protected under this Protective Order shall be admissible evidence during the pendency of this action. The fact that information is disclosed, used or produced in discovery or trial herein shall not be construed, offered or admitted in any action or proceeding before any court, agency, or tribunal as evidence of or concerning whether or not such information is confidential or proprietary.

IT IS FURTHER STIPULATED that this Protective Order shall remain in full force and effect until such time as this Court modifies its terms or releases the parties from its provisions.

STIPULATED PROTECTIVE ORDER       6       ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126
(360) 459-6600

DATED this __6th__ day of ~~April~~ December, 2006.

ROB MCKENNA
Attorney General

_____
JOHN K. McILHENNY, JR.,
WSBA #32195
Assistant Attorney General
Attorneys for State Defendants

COLUMBIA LEGAL SERVICES

_____
D. TY DUHAMEL,
WSBA #10848
Attorneys for Fernandez Plaintiffs

JERRY MOBURG & ASSOCIATES

_____
JENNIFER HOMER,
WSBA # 34070
Attorney for County Defendants

MACDONALD, HOAGUE & BAYLESS

_____
KATRIN E. FRANK,
WSBA # 14786
Attorney for De La O Plaintiffs

## ORDER

Pursuant to the foregoing Stipulation between parties, it is hereby

ORDERED that the foregoing Stipulated Protective Order is entered and in full force and effect until such time as this Court modifies its terms or releases the parties from its provisions.

DONE IN OPEN COURT this 11th day of December, 2006.

s/ Edward F. Shea
JUDGE EDWARD F. SHEA

Presented by:

ROB MCKENNA
Attorney General

JOHN K. McILHENNY, JR.,
WSBA #32195
Assistant Attorney General
Attorneys for State Defendants

Approved as to form/Notice
Of Presentation Waived:

COLUMBIA LEGAL SERVICES

D. TY DUHAMEL,
WSBA #10848
Attorneys for Fernandez Plaintiffs

1 | JERRY MOBURG & ASSOCIATES

2 | */s/ Jennifer Homer*

3 | JENNIFER HOMER,
WSBA # 34070
4 | Attorney for County Defendants

5 |

6 | MACDONALD, HOAGUE & BAYLESS

7 | */s/ Katrin E. Frank*

8 | KATRIN E. FRANK,
WSBA # 14786
9 | Attorney for De La O Plaintiffs

10
11
12
13
14
15
16
17
18
19
20
21
22