UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA DE LA O, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBIN ARNOLD-WILLIAMS, et al.,<br><br>    Defendants. | NO. CV-04-0192-EFS<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINTS AND DENYING STAY REQUESTS** |
| MARIA FERNANDEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>    Defendants. | [NO. CV-05-0280-EFS] |

On May 29, 2007, the Plaintiffs and Defendants entered into a Stipulation of Dismissal and to Permit Filing of Amended Complaint (Ct. Rec. 720). Plaintiffs seek to dismiss Judy Esser, Randall Blackburn, and Steve Jensen (hereinafter "the individual Mattawa Defendants"). The individual Mattawa Defendants previously filed a Notice of Appeal regarding the Court's denial of qualified immunity. (Ct. Rec. 568.) Generally, such an appeal would deprive this Court of jurisdiction over

ORDER ~ 1

matters involved in the appeal, thereby requiring a stay of this proceeding, as was previously requested by Defendants. *See Behrens v. Pelletier*, 516 U.S. 299 (1996); *Mitchell v. Forsyth*, 472 U.S. 511 (1985). However, the appeal does not prevent the *parties* from entering into a stipulation. As a result of this stipulation, not only are the claims against the individual Mattawa Defendants dismissed, but the individual Mattawa Defendants dismiss their counterclaims as well. Given that this stipulation moots the appeal, the Court determines (1) it has authority to allow Plaintiffs to amend their Complaints consistent with this stipulation and (2) a stay is unnecessary. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Amend Plaintiffs' Complaints by Dismissing Fourth Amendment Claims Against Defendants Esser, Jensen, and Blackburn **(Ct. Rec. 643)** is **GRANTED** given the parties stipulation. Plaintiffs are directed to electronically file their proposed amended complaints (Ct. Recs. 692 & 696) using the "amended complaint" event in the appropriate case file.

2. State Defendants' Motion to Stay **(Ct. Rec. 619)** and Mattawa Defendants' Motion to Set Aside (Vacate) Current Scheduling Order **(Ct. Rec. 624)** are **DENIED AS MOOT.**

3. If the parties have not already done so, they shall advise the Ninth Circuit of the parties' stipulation and provide a copy thereof if necessary.

///
///
///

ORDER ~ 2

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and provide copies to counsel.
3     **DATED** this ___1st___ day of June 2007.
4
5                          S/ Edward F. Shea
                            EDWARD F. SHEA
6                      United States District Judge
Q:\Civil\2004\0192.deny.stay.amd.complt.wpd
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER ~ 3